UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                 :

ALEXANDER GOMEZ,                               :

                                                                                                 :

                          Plaintiff,            :

                                                                                                 :            24-CV-8159 (VSB)

                       -against-                :

                                                                                                   :                **ORDER**

3513 EAST TREMONT LLC, *et al.*,       :

                                                                                                 :

                                                      Defendants.    :

                                                                                                 :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       In response to my order dated February 3, 2025, (*see* Doc. 7), Plaintiff has filed affidavits of service as to both Defendants in this action, (*see* Docs. 8–9). The deadline for Defendants to respond to Plaintiff's complaint was November 26, 2024. To date, Defendants have not appeared or responded to the complaint. Accordingly, if Plaintiff intends to seek default judgments, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 24, 2025. If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      February 6, 2025
                New York, New York

                                                                                     _____
                                                                                    VERNON S. BRODERICK
                                                                                    United States District Judge