UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              :

ALEXANDER GOMEZ,

                          Plaintiff,

                        24-CV-8159 (VSB)

        -against-

                        **ORDER**

3513 EAST TREMONT LLC, and
LEGENDARY BAR & GRILL CORP.,

                     Defendants.
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                                                       _____
                                                                       Vernon S. Broderick
                                                                       United States District Judge